COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER AT EL PASO, | § | No. 08-25-00080-CV |
| | § | Appeal from the |
| Appellant, | § | |
| | § | County Court at Law No 3 |
| v. | § | of El Paso County, Texas |
| GLORIA LOPEZ, INDIVIDUALLY and AS PERSONAL REPRESENTATIVE OF THE | § | (TC# 2019DCV1644) |
| ESTATE OF RAYMOND LOPEZ, and ALL WRONGFUL DEATH BENEFICIARIES, | § | |
| | § | |
| Appellee. | § | |
| | § | |

## M E M O R A N D U M   O P I N I O N

This appeal is before the Court on Appellant Texas Tech University Health Sciences Center at El Paso's (TTUHSC's) motion to voluntarily dismiss. The motion states that TTUHSC no longer seeks to prosecute this appeal because the parties have settled. As the Court has not yet issued an opinion in this case, the motion to dismiss the appeal is granted pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* Tex. R. App. P. 42.1(a)(1) (allowing an appellate court to dismiss an appeal on the motion of the appellant).


MARIA SALAS MENDOZA, Chief Justice

June 23, 2025

Before Salas Mendoza, C.J., Palafox, J., and Rodriguez, C.J. (Ret)
Rodriguez, C.J. (Ret.) (Sitting by Assignment)